**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | ALL CASES |

**ORDER**

The PPO8 Motions to Dismiss pending in the cases listed in Exhibit A are GRANTED. Accordingly, Defendants Barr Laboratories, Inc., ESI Lederle Inc., Warner Chilcott (US), LLC, Bristol-Myers Squibb Company, Solvay Pharmaceuticals, Inc., Solvay America, Inc., and Greenstone LLC (incorrectly named as Greenstone LLC d/b/a Greenstone Ltd.) are DISMISSED based on the terms and conditions in PPO8.

IT IS SO ORDERED this 19th day of December, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

Adkins, Franklin (Estate of Bonnie Adkins, dec'd)   ED AR 4:08-CV-03627

Arkle, Canzaza          ED AR 4:08-CV-03623

Asbury, Judy            ED AR 4:08-CV-03637

Blizzard, Mary          ED AR 4:08-CV-03650

Bosher, Dovie           ED AR 4:08-CV-03653

Bowcott, Phyllis        ED AR 4:08-CV-03655

Burress, Patricia       ED AR 4:08-CV-03676

Cagigas, Norma          ED AR 4:08-CV-03678

Carter, Linda           ED AR 4:08-CV-03690

Carter, Nellie          ED AR 4:08-CV-03689

Childress, Roberta      ED AR 4:08-CV-03703

Colebank, Wanda         ED AR 4:08-CV-03710

Coleman, Catherine      ED AR 4:08-CV-03709

Collias, Gloria         ED AR 4:08-CV-03711

Conner, Linda           ED AR 4:08-CV-03717

Cook, Billy (Est of Jeanette Price, Dec'd)      ED AR 4:08-CV-03718

Cook, Carolyn (Est of Willadene Miller, Dec'd)  ED AR 4:08-CV-03719

Doerfler, Blodwyn       ED AR 4:08-CV-03620

Fisher, Georgia         ED AR 4:08-CV-03761

Garrison, Toney         ED AR 4:08-CV-03770

Godwin, Sandra          ED AR 4:08-CV-03775

Gould, Kathryn          ED AR 4:08-CV-03778

Gray, Mary              ED AR 4:08-CV-03782

| Name | Case Number |
|---|---|
| Green, Jacqueline | ED AR 4:08-CV-03784 |
| Green, Phyllis | ED AR 4:08-CV-03785 |
| Haga, Martha | ED AR 4:08-CV-03787 |
| Harper, Karen | ED AR 4:08-CV-03798 |
| Hayden, Martha | ED AR 4:08-CV-03804 |
| Hurley, Josephine | ED AR 4:08-CV-03834 |
| Jarrell, Macie | ED AR 4:08-CV-03841 |
| Johnson, Diana | ED AR 4:08-CV-03844 |
| Keith, Fannie | ED AR 4:08-CV-03849 |
| Kessinger, Gladys | ED AR 4:08-CV-03853 |
| Kimball, Carolyn | ED AR 4:08-CV-03854 |
| Kittle, Shirley | ED AR 4:08-CV-03859 |
| Lambert, Dorothy (Estate) | ED AR 4:08-CV-03865 |
| Lane, Deborah | ED AR 4:08-CV-03867 |
| Lane, Mary | ED AR 4:08-CV-03868 |
| Lawrence, Janice | ED AR 4:08-CV-03870 |
| Layton, Dorothy | ED AR 4:08-CV-03871 |
| Lemaster, Mary | ED AR 4:08-CV-03873 |
| Lucion, Nancy | ED AR 4:08-CV-03890 |
| Metts, Cloudia | ED AR 4:08-CV-03963 |
| Miller, Violet | ED AR 4:08-CV-03982 |
| Monty, Sylvia | ED AR 4:08-CV-03989 |
| Mounts, Helen | ED AR 4:08-CV-04006 |
| Neace, Judith | ED AR 4:08-CV-04012 |

| | |
|---|---|
| Newman, Betty | ED AR 4:08-CV-04010 |
| Nichols, Florence | ED AR 4:08-CV-04011 |
| Nutter, Betty | ED AR 4:08-CV-04029 |
| Paxton, Joann | ED AR 4:08-CV-04053 |
| Perry, Dorothy | ED AR 4:08-CV-04071 |
| Peters, Sheila | ED AR 4:08-CV-04081 |
| Pierce, Jane | ED AR 4:08-CV-04086 |
| Pritchett, Rowena | ED AR 4:08-CV-04090 |
| Pursley, Vivian | ED AR 4:08-CV-04091 |
| Ross, Katheryn | ED AR 4:08-CV-03911 |
| Runyan, Betty | ED AR 4:08-CV-03914 |
| Sexton, Anne | ED AR 4:08-CV-03934 |
| Shiels, Jackolin | ED AR 4:08-CV-03937 |
| Smith, Jackie | ED AR 4:08-CV-03945 |
| Smith, Rhodonna | ED AR 4:08-CV-03951 |
| Steen, Linda | ED AR 4:08-CV-03959 |
| Taisacan, Vicenta | ED AR 4:08-CV-03972 |
| Taylor, Irene | ED AR 4:08-CV-03980 |
| Tickle, Juanita | ED AR 4:08-CV-04007 |
| Tomblin, Goldie | ED AR 4:08-CV-04000 |
| Tooley, Antha | ED AR 4:08-CV-03995 |
| Traeger, Barbara | ED AR 4:08-CV-03994 |
| Tucker, Shirley | ED AR 4:08-CV-04015 |
| Vance, Susan | ED AR 4:08-CV-04024 |

| | |
|---|---|
| Walker, Mary | ED AR 4:08-CV-04030 |
| Waller, Patricia | ED AR 4:08-CV-04033 |
| Watts, Julia | ED AR 4:08-CV-04044 |
| Weaver, Norma | ED AR 4:08-CV-04049 |
| Weekley, Elva | ED AR 4:08-CV-04050 |
| Weis, Linda | ED AR 4:08-CV-04052 |
| Wiley, Paulette | ED AR 4:08-CV-04060 |
| Wilson, Bernice | ED AR 4:08-CV-04064 |
| Young, Mary | ED AR 4:08-CV-04084 |